## AFFIDAVIT OF SERVICE

| Case: 2:26-cv-05750 | Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | County: | Job: 15978628 |
|---|---|---|---|
| **Plaintiff / Petitioner:** OUMAR SAVANE | | **Defendant / Respondent:** CITY OF NEWARK, ET AL. | |
| **Received by:** Central Jersey Process Service | | **For:** Ratliff Jackson LLP | |
| **To be served upon:** FORMER NEWARK POLICE CHIEF EMANUEL MIRANDA | | | |

I, Tanner Nelson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:**    Sherry Bowers, Newark City Hall, Law Department: 920 Broad Street Room 316, Newark, NJ 07102
**Manner of Service:**    Authorized, May 29, 2026, 10:29 am EDT
**Documents:**    SUMMONS IN A CIVIL CASE; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET (Received May 20, 2026 at 7:36pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: May 22, 2026, 10:20 am EDT at Newark Police Department: 480 Clinton Avenue, Newark, NJ 07108
I spoke with a police officer who identifed himself as C. Carvalho (Age: 55; Ethnicity: Latino; Gender: Male; Weight: 250; Height: 5'5"; Hair: Bald). Carvalho stated that he is not authorized to accept the documents on behalf of former Newark Police Chief Emanuel Miranda, and they must go to 254 W Bigelow St, Newark, NJ 07108.

2) Unsuccessful Attempt: May 22, 2026, 10:40 am EDT at Newark Police Department Alt. Address: 254 West Bigelow Street, Newark, NJ 07108
I spoke with a female employee who stated that no one at this location can accept legal documents, and they must be directed to Newark Police Legal Affairs at 22 Franklin St, Newark, NJ 07102.

3) Unsuccessful Attempt: May 29, 2026, 10:11 am EDT at Newark Police Department Legal Affairs: 22 Franklin Street, Newark, NJ 07102
I spoke with a female at the front desk, who advised that summonses should be directed to 31 Green Street.

4) Unsuccessful Attempt: May 29, 2026, 10:20 am EDT at Ralph A. Villani Memorial Building: 31 Green St, Newark, NJ 07102
At 31 Green Street, I was informed that summonses should be directed to the Newark City Hall Law Department, located next door.

5) Successful Attempt: May 29, 2026, 10:29 am EDT at Newark City Hall, Law Department: 920 Broad Street Room 316, Newark, NJ 07102
received by Sherry Bowers. Age: 45; Ethnicity: African American; Gender: Female; Weight: 180; Height: 5'10"; Hair: Black; Relationship: Secretary;
I delivered the documents to Sherry Bowers, with identity confirmed by the subject stating her name. Bowers confirmed that she is authorized to accept legal documents on behalf of former Newark Police Chief Emanuel Miranda in her official capacity as Secretary at the Newark City Hall Law Department. Bowers accepted the documents with direct delivery.

I declare under penalty of perjury that the record to which this declaration is attached is the same record on which Maximillian Hayden performed a notarial act and before whom I appeared by means of communication technology on this 29th day of May, 2026.

Signed by:
*Tanner Nelson*
5A23B7FC0E6B481...                    05/29/2026
Tanner Nelson                         **Date**

Central Jersey Process Service
65 Morrell Street, Suite 103
New Brunswick, NJ 08901-1485
Authorized to serve pursuant to N.J. Ct. R. 4:4-3

*Subscribed and sworn to before me this 29th day of May, 2026, by Tanner Nelson, who is personally known to me. Witness my hand and official seal. I, Maximillian Hayden, witnessed, by means of communication technology, Tanner Nelson sign the attached record and declaration on this 29th day of May, 2026.*

DocuSigned by:
*Maximillian Hayden IV*
AE880233B17F402...

**Maximillian Hayden, Notary Public**
**State of New Jersey**
**County of Middlesex**

MAXIMILLIAN J HAYDEN IV
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 0050214468
MY COMMISSION EXPIRES 09/26/2028

05/29/2026                    09/26/2028

**Date**                     **Commission Expires**