## AFFIDAVIT OF SERVICE

| Case:<br>2:26-cv-05750 | Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | County: | Job:<br>15960267 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>OUMAR SAVANE | | **Defendant / Respondent:**<br>CITY OF NEWARK, ET AL. | |
| **Received by:**<br>Central Jersey Process Service | | **For:**<br>Ratliff Jackson LLP | |
| **To be served upon:**<br>LUIS GALLEGOS-VELIZ | | | |

I, Tanner Nelson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:**   LUIS GALLEGOS-VELIZ, Newark Police Department: 480 Clinton Avenue, Newark, NJ 07108

**Manner of Service:**   Authorized, May 22, 2026, 10:31 am EDT

**Documents:**   SUMMONS IN A CIVIL CASE; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET (Received May 20, 2026 at 6:36pm EDT)

**Additional Comments:**

1) Successful Attempt: May 22, 2026, 10:31 am EDT at Newark Police Department: 480 Clinton Avenue, Newark, NJ 07108 received by C. Carvalho. Age: 55; Ethnicity: Latino; Gender: Male; Weight: 250; Height: 5'5"; Hair: Bald; Relationship: Police Officer;

I delivered the documents to C. Carvalho, with identity confirmed by subject stating his name. Carvalho identified himself as a Police Officer and confirmed that he is authorized to accept legal documents on behalf of officer Luis Gallehois-Veliz of the Newark Police Department. Carvalho accepted the documents with direct delivery.

I declare under penalty of perjury that the record to which this declaration is attached is the same record on which Maximillian Hayden performed a notarial act and before whom I appeared by means of communication technology on this 22nd day of May, 2026.

Signed by:

A7E67635B17E4C6...                    05/22/2026

Tanner Nelson                          **Date**

Central Jersey Process Service
65 Morrell Street, Suite 103
New Brunswick, NJ 08901-1485
Authorized to serve pursuant to N.J. Ct. R. 4:4-3

*Subscribed and sworn to before me this 22nd day of May, 2026, by Tanner Nelson, who is personally known to me. Witness my hand and official seal. I, Maximillian Hayden, witnessed, by means of communication technology, Tanner Nelson sign the attached record and declaration on this 22nd day of May, 2026.*

DocuSigned by:

AE880233B17F402...

**Maximillian Hayden, Notary Public**
**State of New Jersey**
**County of Middlesex**

05/22/2026              09/26/2028

**Date**                **Commission Expires**

MAXIMILLIAN J HAYDEN IV
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 0050214468
MY COMMISSION EXPIRES 09/26/2028