JEROME M. ST. JOHN, ESSEX COUNTY COUNSEL
By: Alan Ruddy, Esq., Assistant County Counsel Attorney ID#002411975
Office of the Essex County Counsel
Hall of Records, Room 535, 465 Dr. Martin Luther King, Jr., Blvd., Newark, NJ 07102
(973) 621-5021
(Attorney for Defendants, County of Essex, Essex County Sheriff's Office, Essex County Sheriff Amir D. Jones, Former Essex County Sheriff Armando B. Fontoura and Albert Hanna )

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Civil Action No. 2:26-cv-05750-MEF-JSA

| | |
|---|---|
| OUMAR SAVANE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK, NEWARK POLICE DEPARTMENT, NEWARK POLICE CHIEF SHARONDA MORRIS, in her Official and Individual Capacity, SHAKUR ALLEN-JONES, Individually, LUIS GALLEGOS-VELIZ, Individually, ERIK BLOUNT, Individually, ESSEX COUNTY SHERIFF'S OFFICE, ESSEX COUNTY SHERIFF AMIR D. JONES, In his official and individual capacity; FORMER ESSEX COUNTY SHERIFF ARMANDO B. FONTOURA, in his official and individual Capacity, ALBERT HANNA, JOHN/JANE DOES 1-10 (fictitious defendants) and ABC ENTITIES 1-10 (fictitious entities) j/s/a<br><br>Defendants. | Civil Action<br><br>**CONSENT ORDER** |

This matter having been brought before the Court by Jerome M. St. John, Essex County Counsel (Alan Ruddy, Assistant County Counsel appearing) attorney for defendants, County of Essex, Essex County Sheriff's Office, Essex County Sheriff Amir D. Jones, Former Essex County Sheriff Armando B. Fontoura and Albert Hanna, and

Samuel D. Jackson, Esq., attorney for plaintiff, and the parties having consented to the entry of this Order by way of affixing their signatures; and good cause having been shown;

IT IS on this 17th day of August 2026;

ORDERED, that

1. Default against defendants, County of Essex, Essex County Sheriff's Office, Essex County Sheriff Amir D. Jones, Former Essex County Sheriff Armando B. Fontoura and Albert Hanna shall be vacated.

2. Defendants, County of Essex, Essex County Sheriff's Office, Essex County Sheriff Amir D. Jones, Former Essex County Sheriff Armando B. Fontoura and Albert Hanna, shall file an Answer within thirty days of the signing of this Order.

**s/ Jessica S. Allen**
**Hon. Jessica S. Allen, U.S.M.J.**

We hereby consent to the entry of this Order.

*s/Samuel D. Jackson*
SAMUEL D. JACKSON, ESQ.
Attorney for Plaintiff

*s/Alan Ruddy*
Alan Ruddy, Esq.
Attorney for Defendants, County of Essex, Essex County Sheriff's Office, Essex County Sheriff Amir D. Jones, Former Essex County Sheriff Armando B. Fontoura and Albert Hanna