**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OUMAR SAVANE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK; NEWARK POLICE DEPARTMENT; NEWARK POLICE CHIEF SHARONDA MORRIS, in Her Official and Individual Capacity; FORMER NEWARK POLICE CHIEF EMANUEL MIRANDA, in His Official and Individual Capacity; SHAKUR ALLEN-JONES, Individually; LUIS GALLEGOS-VELIZ, Individually; ERIK BLOUNT, Individually; ESSEX COUNTY SHERIFF'S OFFICE; ESSEX COUNTY SHERIFF AMIR D. JONES, in His Official and Individual Capacity; FORMER ESSEX COUNTY SHERIFF ARMANDO V. FONTOURA, in His Official and Individual Capacity; ALBERT HANNA, Individually; JOHN/JANE DOES 1-10 (fictitous defendants) and ABC ENTITITES 1-10 (fictitious entities), j/s/a/,<br><br>Defendants. | Civil Action No. 2:26-cv-05750-MEF-JSA<br><br>Civil Action<br><br>**CONSENT ORDER VACATING DEFAULT** |

Pursuant to the within consent of the parties, and for good cause shown,

**IT IS** on this 26th day of August, 2026,

**ORDERED** that:

(1) the default which may have been entered against Defendants, City of Newark, the improperly plead Newark Police Department, Newark Police Chief Sharonda

Morris, Former Newark Police Chief Emanuel Miranda, Shakur Allen-Jones, Luis Gallegos-Veliz and Erik Blount, be and is hereby vacated;

(2) Defendants, City of Newark, the improperly plead Newark Police Department, Newark Police Chief Sharonda Morris, Former Newark Police Chief Emanuel Miranda, Shakur Allen-Jones, Luis Gallegos-Veliz and Erik Blount**,** be and are hereby permitted to file an Answer within **30** days from the date hereof;

(3) a copy of this Order shall be served upon all counsel within _____ days of receipt by the moving party.

**s/ Jessica S. Allen**, U.S.M.J.

WE HEREBY CONSENT TO THE FORM AND
ENTRY OF THE FOREGOING ORDER.

**RATLIFF JACKSON, LLP**
**Attorney for Plaintiff, Oumar Savane**

By: /s/ *Samuel D. Jackson*
Samuel D. Jackson, Esq.

**CHASAN LAMPARELLO MALLON & CAPPUZZO, PC**
**Attorneys for Defendants, City of Newark, the improperly plead Newark Police Department, Newark Police Chief Sharonda Morris, Former Newark Police Chief Emanuel Miranda, Shakur Allen-Jones, Luis Gallegos-Veliz and Erik Blount**

By: /s/ *Cheyne R. Scott*
Cheyne R. Scott, Esq.