**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **OUMAR SAVANE,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CITY OF NEWARK; NEWARK POLICE DEPARTMENT; NEWARK POLICE CHIEF SHARONDA MORRIS, in Her Official and Individual Capacity; FORMER NEWARK POLICE CHIEF EMANUEL MIRANDA, in His Official and Individual Capacity; SHAKUR ALLEN-JONES, Individually; LUIS GALLEGOS-VELIZ, Individually; ERIK BLOUNT, Individually; ESSEX COUNTY SHERIFF'S OFFICE; ESSEX COUNTY SHERIFF AMIR D. JONES, in His Official and Individual Capacity; FORMER ESSEX COUNTY SHERIFF ARMANDO V. FONTOURA, in His Official and Individual Capacity; ALBERT HANNA, Individually; JOHN/JANE DOES 1-10 (fictitous defendants) and ABC ENTITITES 1-10 (fictitious entities), j/s/a/,**<br><br>**Defendants.** | **Civil Action No. 2:26-cv-05750-MEF-JSA**<br><br>**<u>Civil Action</u>**<br><br>**ANSWER AND AFFIRMATIVE DEFENSES, CROSSCLAIMS, JURY DEMAND ON BEHALF OF NEWARK DEFENDANTS** |

Defendants, City of Newark, the improperly plead Newark Police Department, Newark Police Chief Sharonda Morris, Former Newark Police Chief Emanuel Miranda, Shakur Allen-Jones, Luis Gallegos-Veliz and Erik Blount, with a principal place of business at 920 Broad Street, Newark New Jersey 07102 (hereinafter "Newark Defendants"), by way of Answer to Plaintiff, Oumar Savane ("Plaintiff") Complaint, says as follows:

## SUMMARY

1. The allegations in ¶1 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

2. Newark Defendants are without sufficient information to admit or deny the allegations in ¶2 of the Complaint and leave Plaintiff to his proofs.

3. Newark Defendants are without sufficient information to admit or deny the allegations in ¶3 of the Complaint and leave Plaintiff to his proofs.

4. Newark Defendants are without sufficient information to admit or deny the allegations in ¶4 of the Complaint and leave Plaintiff to his proofs.

5. Newark Defendants deny the allegations set forth in ¶5 of the Complaint.

   a. Newark Defendants deny the allegations set forth in ¶5(a) of the Complaint.

   b. Newark Defendants deny the allegations set forth in ¶5(b) of the Complaint.

   c. Newark Defendants deny the allegations set forth in ¶5(c) of the Complaint.

   d. Newark Defendants deny the allegations set forth in ¶5(d) of the Complaint.

   e. Newark Defendants deny the allegations set forth in ¶5(e) of the Complaint.

   f. Newark Defendants deny the allegations set forth in ¶5(f) of the Complaint.

6. Newark Defendants are without sufficient information to admit or deny the allegations in ¶6 of the Complaint and leave Plaintiff to his proofs.

7. Newark Defendants are without sufficient information to admit or deny the allegations in ¶7 of the Complaint and leave Plaintiff to his proofs.

8. Newark Defendants deny the allegations set forth in ¶8 of the Complaint.

9. Newark Defendants deny the allegations set forth in ¶9 of the Complaint.

10. Newark Defendants deny the allegations set forth in ¶10 of the Complaint.

11. The allegations in ¶11 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**PARTIES, JURISDICTION, AND VENUE**

12. Newark Defendants are without sufficient information to admit or deny the allegations in ¶12 of the Complaint and leave Plaintiff to his proofs.

13. Newark Defendants admit the allegations set forth in ¶13 of the Complaint.

14. Newark Defendants admit the allegations set forth in ¶14 of the Complaint.

15. Newark Defendants admit the allegations set forth in ¶15 of the Complaint.

16. Newark Defendants admit the allegations set forth in ¶16 of the Complaint.

17. Newark Defendants admit the allegations set forth in ¶17 of the Complaint.

18. Newark Defendants admit the allegations set forth in ¶18 of the Complaint.

19. Newark Defendants admit the allegations set forth in ¶19 of the Complaint.

20. Newark Defendants are without sufficient information to admit or deny the allegations in ¶20 of the Complaint and leave Plaintiff to his proofs.

21. Newark Defendants are without sufficient information to admit or deny the allegations in ¶21 of the Complaint and leave Plaintiff to his proofs.

22. Newark Defendants are without sufficient information to admit or deny the allegations in ¶22 of the Complaint and leave Plaintiff to his proofs.

23. Newark Defendants are without sufficient information to admit or deny the allegations in ¶23 of the Complaint and leave Plaintiff to his proofs.

24. Newark Defendants are without sufficient information to admit or deny the allegations in ¶24 of the Complaint and leave Plaintiff to his proofs.

25. Newark Defendants are without sufficient information to admit or deny the allegations in ¶25 of the Complaint and leave Plaintiff to his proofs.

26. Newark Defendants admit the allegations set forth in ¶26 of the Complaint.

27. The allegations in ¶27 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

28. The allegations in ¶28 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

29. The allegations in ¶29 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

## STATEMENT OF FACTS

30. Newark Defendants are without sufficient information to admit or deny the allegations in ¶30 of the Complaint and leave Plaintiff to his proofs.

31. Newark Defendants are without sufficient information to admit or deny the allegations in ¶31 of the Complaint and leave Plaintiff to his proofs.

32. Newark Defendants are without sufficient information to admit or deny the allegations in ¶32 of the Complaint and leave Plaintiff to his proofs.

33. Newark Defendants are without sufficient information to admit or deny the allegations in ¶33 of the Complaint and leave Plaintiff to his proofs.

34. Newark Defendants are without sufficient information to admit or deny the allegations in ¶34 of the Complaint and leave Plaintiff to his proofs.

35. Newark Defendants are without sufficient information to admit or deny the allegations in ¶35 of the Complaint and leave Plaintiff to his proofs.

36. Newark Defendants are without sufficient information to admit or deny the allegations in ¶36 of the Complaint and leave Plaintiff to his proofs.

37. Newark Defendants are without sufficient information to admit or deny the allegations in ¶37 of the Complaint and leave Plaintiff to his proofs.

38. Newark Defendants are without sufficient information to admit or deny the allegations in ¶38 of the Complaint and leave Plaintiff to his proofs.

39. Newark Defendants are without sufficient information to admit or deny the allegations in ¶39 of the Complaint and leave Plaintiff to his proofs.

40. Newark Defendants are without sufficient information to admit or deny the allegations in ¶40 of the Complaint and leave Plaintiff to his proofs.

41. Newark Defendants are without sufficient information to admit or deny the allegations in ¶41 of the Complaint and leave Plaintiff to his proofs.

42. Newark Defendants are without sufficient information to admit or deny the allegations in ¶42 of the Complaint and leave Plaintiff to his proofs.

43. Newark Defendants are without sufficient information to admit or deny the allegations in ¶43 of the Complaint and leave Plaintiff to his proofs.

44. Newark Defendants are without sufficient information to admit or deny the allegations in ¶44 of the Complaint and leave Plaintiff to his proofs.

45. Newark Defendants are without sufficient information to admit or deny the allegations in ¶45 of the Complaint and leave Plaintiff to his proofs.

46. Newark Defendants are without sufficient information to admit or deny the allegations in ¶46 of the Complaint and leave Plaintiff to his proofs.

47. Newark Defendants are without sufficient information to admit or deny the allegations in ¶47 of the Complaint and leave Plaintiff to his proofs.

48. Newark Defendants are without sufficient information to admit or deny the allegations in ¶48 of the Complaint and leave Plaintiff to his proofs.

49. Newark Defendants are without sufficient information to admit or deny the allegations in ¶49 of the Complaint and leave Plaintiff to his proofs.

50. Newark Defendants are without sufficient information to admit or deny the allegations in ¶50 of the Complaint and leave Plaintiff to his proofs.

51. Newark Defendants are without sufficient information to admit or deny the allegations in ¶51 of the Complaint and leave Plaintiff to his proofs.

52. Newark Defendants are without sufficient information to admit or deny the allegations in ¶52 of the Complaint and leave Plaintiff to his proofs.

53. Newark Defendants are without sufficient information to admit or deny the allegations in ¶53 of the Complaint and leave Plaintiff to his proofs.

54. Newark Defendants are without sufficient information to admit or deny the allegations in ¶53 of the Complaint and leave Plaintiff to his proofs.

55. Newark Defendants are without sufficient information to admit or deny the allegations in ¶55 of the Complaint and leave Plaintiff to his proofs.

56. Newark Defendants are without sufficient information to admit or deny the allegations in ¶56 of the Complaint and leave Plaintiff to his proofs.

57. Newark Defendants are without sufficient information to admit or deny the allegations in ¶57 of the Complaint and leave Plaintiff to his proofs.

58. Newark Defendants are without sufficient information to admit or deny the allegations in ¶58 of the Complaint and leave Plaintiff to his proofs.

59. Newark Defendants are without sufficient information to admit or deny the allegations in ¶59 of the Complaint and leave Plaintiff to his proofs.

60. Newark Defendants are without sufficient information to admit or deny the allegations in ¶60 of the Complaint and leave Plaintiff to his proofs.

61. Newark Defendants are without sufficient information to admit or deny the allegations in ¶61 of the Complaint and leave Plaintiff to his proofs.

62. Newark Defendants are without sufficient information to admit or deny the allegations in ¶62 of the Complaint and leave Plaintiff to his proofs.

63. Newark Defendants are without sufficient information to admit or deny the allegations in ¶63 of the Complaint and leave Plaintiff to his proofs.

64. Newark Defendants are without sufficient information to admit or deny the allegations in ¶64 of the Complaint and leave Plaintiff to his proofs.

65. Newark Defendants are without sufficient information to admit or deny the allegations in ¶65 of the Complaint and leave Plaintiff to his proofs.

66. Newark Defendants are without sufficient information to admit or deny the allegations in ¶66 of the Complaint and leave Plaintiff to his proofs.

67. Newark Defendants are without sufficient information to admit or deny the allegations in ¶67 of the Complaint and leave Plaintiff to his proofs.

68. Newark Defendants are without sufficient information to admit or deny the allegations in ¶68 of the Complaint and leave Plaintiff to his proofs.

69. Newark Defendants are without sufficient information to admit or deny the allegations in ¶69 of the Complaint and leave Plaintiff to his proofs.

70. Newark Defendants are without sufficient information to admit or deny the allegations in ¶70 of the Complaint and leave Plaintiff to his proofs.

71. Newark Defendants are without sufficient information to admit or deny the allegations in ¶71 of the Complaint and leave Plaintiff to his proofs.

72. Newark Defendants are without sufficient information to admit or deny the allegations in ¶72 of the Complaint and leave Plaintiff to his proofs.

73. Newark Defendants are without sufficient information to admit or deny the allegations in ¶73 of the Complaint and leave Plaintiff to his proofs.

74. Newark Defendants are without sufficient information to admit or deny the allegations in ¶74 of the Complaint and leave Plaintiff to his proofs.

75. Newark Defendants are without sufficient information to admit or deny the allegations in ¶75 of the Complaint and leave Plaintiff to his proofs.

76. Newark Defendants are without sufficient information to admit or deny the allegations in ¶76 of the Complaint and leave Plaintiff to his proofs.

77. Newark Defendants are without sufficient information to admit or deny the allegations in ¶77 of the Complaint and leave Plaintiff to his proofs.

78. Newark Defendants are without sufficient information to admit or deny the allegations in ¶78 of the Complaint and leave Plaintiff to his proofs.

79. Newark Defendants are without sufficient information to admit or deny the allegations in ¶79 of the Complaint and leave Plaintiff to his proofs.

80. Newark Defendants are without sufficient information to admit or deny the allegations in ¶80 of the Complaint and leave Plaintiff to his proofs.

81. Newark Defendants are without sufficient information to admit or deny the allegations in ¶81 of the Complaint and leave Plaintiff to his proofs.

82. Newark Defendants are without sufficient information to admit or deny the allegations in ¶82 of the Complaint and leave Plaintiff to his proofs.

83. Newark Defendants are without sufficient information to admit or deny the allegations in ¶83 of the Complaint and leave Plaintiff to his proofs.

84. Newark Defendants deny the allegations set forth in ¶84 of the Complaint.

85. Newark Defendants are without sufficient information to admit or deny the allegations in ¶85 of the Complaint and leave Plaintiff to his proofs.

86. Newark Defendants are without sufficient information to admit or deny the allegations in ¶86 of the Complaint and leave Plaintiff to his proofs.

87. Newark Defendants are without sufficient information to admit or deny the allegations in ¶87 of the Complaint and leave Plaintiff to his proofs.

88. Newark Defendants are without sufficient information to admit or deny the allegations in ¶88 of the Complaint and leave Plaintiff to his proofs.

89. Newark Defendants are without sufficient information to admit or deny the allegations in ¶89 of the Complaint and leave Plaintiff to his proofs.

90. The allegations in ¶90 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

91. The allegations in ¶91 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

92. The allegations in ¶92 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

93. The allegations in ¶93 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

94. The allegations in ¶94 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

95. Newark Defendants are without sufficient information to admit or deny the allegations in ¶95 of the Complaint and leave Plaintiff to his proofs.

96. Newark Defendants admit the allegations in ¶96 of the Complaint.

97. Newark Defendants admit the allegations in ¶97 of the Complaint.

98. Newark Defendants are without sufficient information to admit or deny the allegations in ¶98 of the Complaint and leave Plaintiff to his proofs.

99. Newark Defendants are without sufficient information to admit or deny the allegations in ¶99 of the Complaint and leave Plaintiff to his proofs.

**COUNT I**
**VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**
**(False Arrest and Imprisonment – Fourth and Fourteenth Amendments)**
**As to Defendants City of Newark, Newark Police Department, Former Chief Miranda, Officer Blount, Officer Allen-Jones, Essex County, Essex County Sheriff's Office, Former Sheriff Fontoura, and Detective Hanna**

100. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

101. The allegations in ¶101 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

102. The allegations in ¶102 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

103. The allegations in ¶103 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

104. The allegations in ¶104 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

105. The allegations in ¶105 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

106. The allegations in ¶106 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

107. Newark Defendants are without sufficient information to admit or deny the allegations in ¶107 of the Complaint and leave Plaintiff to his proofs.

108. Newark Defendants are without sufficient information to admit or deny the allegations in ¶108 of the Complaint and leave Plaintiff to his proofs.

109. The allegations in ¶109 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

110. The allegations in ¶110 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

111. Newark Defendants are without sufficient information to admit or deny the allegations in ¶111 of the Complaint and leave Plaintiff to his proofs.

112. Newark Defendants deny the allegations set forth in ¶112 of the Complaint.

113. The allegations in ¶113 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

114. The allegations in ¶114 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

115. The allegations in ¶115 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

116. Newark Defendants deny the allegations set forth in ¶116 of the Complaint.

117. The allegations in ¶117 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

118. Newark Defendants are without sufficient information to admit or deny the allegations in ¶118 of the Complaint and leave Plaintiff to his proofs.

119. Newark Defendants are without sufficient information to admit or deny the allegations in ¶119 of the Complaint and leave Plaintiff to his proofs.

120. Newark Defendants are without sufficient information to admit or deny the allegations in ¶120 of the Complaint and leave Plaintiff to his proofs.

121. Newark Defendants are without sufficient information to admit or deny the allegations in ¶121 of the Complaint and leave Plaintiff to his proofs.

122. Newark Defendants are without sufficient information to admit or deny the allegations in ¶122 of the Complaint and leave Plaintiff to his proofs.

123. The allegations in ¶123 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

124. Newark Defendants deny the allegations set forth in ¶124 of the Complaint.

125. The allegations in ¶125 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

126. The allegations in ¶126 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

127. The allegations in ¶127 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

128. The allegations in ¶128 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

129. The allegations in ¶129 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

a. The allegations in ¶129(a) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

b. The allegations in ¶129(b) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

c. The allegations in ¶129(c) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

130. The allegations in ¶130 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

131. The allegations in ¶131 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

132. The allegations in ¶132 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

133. The allegations in ¶133 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT II**
**<u>VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983</u>**
**(Malicious Prosecution – Fourth and Fourteenth Amendments)**
**As to Defendants City of Newark, Newark Police Department, Former Chief Miranda, Officer Blount, Officer Allen-Jones, Essex County, Essex County Sheriff's Office, Former Sheriff Fontoura, and Detective Hanna**

134. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

135. The allegations in ¶135 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

136. The allegations in ¶136 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

137. The allegations in ¶137 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

138. The allegations in ¶138 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

a. The allegations in ¶138(a) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

b. The allegations in ¶138(b) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

c. The allegations in ¶138(c) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

d. The allegations in ¶138(d) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

e. The allegations in ¶138(e) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

139. The allegations in ¶139 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

140. Newark Defendants are without sufficient information to admit or deny the allegations in ¶140 of the Complaint and leave Plaintiff to his proofs.

141. Newark Defendants are without sufficient information to admit or deny the allegations in ¶141 of the Complaint and leave Plaintiff to his proofs.

142. The allegations in ¶142 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

143. Newark Defendants are without sufficient information to admit or deny the allegations in ¶143 of the Complaint and leave Plaintiff to his proofs.

144. Newark Defendants deny the allegations set forth in ¶144 of the Complaint.

145. The allegations in ¶145 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

146. The allegations in ¶146 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

147. The allegations in ¶147 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

148. Newark Defendants are without sufficient information to admit or deny the allegations in ¶148 of the Complaint and leave Plaintiff to his proofs.

149. Newark Defendants are without sufficient information to admit or deny the allegations in ¶149 of the Complaint and leave Plaintiff to his proofs.

150. Newark Defendants are without sufficient information to admit or deny the allegations in ¶150 of the Complaint and leave Plaintiff to his proofs.

151. Newark Defendants are without sufficient information to admit or deny the allegations in ¶151 of the Complaint and leave Plaintiff to his proofs.

152. Newark Defendants are without sufficient information to admit or deny the allegations in ¶152 of the Complaint and leave Plaintiff to his proofs.

153. Newark Defendants deny the allegations set forth in ¶153 of the Complaint.

154. The allegations in ¶154 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

155. The allegations in ¶155 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

156. Newark Defendants are without sufficient information to admit or deny the allegations in ¶156 of the Complaint and leave Plaintiff to his proofs.

157. The allegations in ¶157 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

158. Newark Defendants are without sufficient information to admit or deny the allegations in ¶158 of the Complaint and leave Plaintiff to his proofs.

159. The allegations in ¶159 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

160. The allegations in ¶160 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

161. The allegations in ¶161 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

162. The allegations in ¶162 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

163. The allegations in ¶163 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

164. The allegations in ¶164 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

165. The allegations in ¶165 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT III**
**VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**
**(Brady Violation, Fourteenth Amendment – Withholding of Exculpatory Evidence) As to Defendants City of Newark, Newark Police Department, Former Chief Miranda, Officer Blount, Officer Allen-Jones, Essex County, Essex County Sheriff's Office, Former Sheriff Fontoura, and Detective Hanna**

166. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

167. The allegations in ¶167 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

168. The allegations in ¶168 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

169. The allegations in ¶169 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

170. Newark Defendants deny the allegations set forth in ¶170 of the Complaint.

171. Newark Defendants deny the allegations set forth in ¶171 of the Complaint.

a. Newark Defendants deny the allegations set forth in ¶171(a) of the Complaint.

b. Newark Defendants deny the allegations set forth in ¶171(b) of the Complaint.

c. Newark Defendants deny the allegations set forth in ¶171(c) of the Complaint.

d. Newark Defendants deny the allegations set forth in ¶171(d) of the Complaint.

172. Newark Defendants are without sufficient information to admit or deny the allegations in ¶172 of the Complaint and leave Plaintiff to his proofs.

173. The allegations in ¶173 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

174. The allegations in ¶174 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

175. The allegations in ¶175 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

176. Newark Defendants deny the allegations set forth in ¶176 of the Complaint.

177. The allegations in ¶177 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

178. The allegations in ¶175 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT IV**
**VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**
**(Fourteenth Amendment – Fabrication of Evidence, Suppression of Evidence, Deprivation of Liberty & Denial of Due Process)**
**As to Defendants City of Newark, Newark Police Department, Former Chief Miranda, Officer Blount, Officer Allen-Jones, Essex County, Essex County Sheriff's Office, Former Sheriff Fontoura, and Detective Hanna**

179. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

180. The allegations in ¶180 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

181. The allegations in ¶181 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

182. The allegations in ¶182 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

a. The allegations in ¶182(a) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

b. The allegations in ¶182(b) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

c. The allegations in ¶182(c) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

d. The allegations in ¶182(d) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

e. The allegations in ¶182(e) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

183. Newark Defendants deny the allegations set forth in ¶183 of the Complaint.

184. The allegations in ¶184 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

185. Newark Defendants deny the allegations set forth in ¶185 of the Complaint.

186. The allegations in ¶186 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

187. The allegations in ¶187 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

188. The allegations in ¶188 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT V**
**VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**
**(Unreasonable Seizure/False Arrest – Fourth and Fourteenth Amendments)**
**As to Defendants City of Newark, Newark Police Department, Chief Morris, Officer Gallegos-Veliz, Essex County, Essex County Sheriff's Office, Sheriff Jones**

189. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

190. The allegations in ¶190 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

191. The allegations in ¶191 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

192. The allegations in ¶192 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

193. The allegations in ¶193 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

194. The allegations in ¶194 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

195. The allegations in ¶195 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

196. Newark Defendants are without sufficient information to admit or deny the allegations in ¶196 of the Complaint and leave Plaintiff to his proofs.

197. Newark Defendants deny the allegations set forth in ¶197 of the Complaint.

198. The allegations in ¶198 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

199. Newark Defendants are without sufficient information to admit or deny the allegations in ¶199 of the Complaint and leave Plaintiff to his proofs.

200. Newark Defendants are without sufficient information to admit or deny the allegations in ¶200 of the Complaint and leave Plaintiff to his proofs.

201. Newark Defendants are without sufficient information to admit or deny the allegations in ¶201 of the Complaint and leave Plaintiff to his proofs.

202. Newark Defendants are without sufficient information to admit or deny the allegations in ¶202 of the Complaint and leave Plaintiff to his proofs.

203. Newark Defendants are without sufficient information to admit or deny the allegations in ¶203 of the Complaint and leave Plaintiff to his proofs.

204. The allegations in ¶204 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

205. The allegations in ¶205 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

206. The allegations in ¶206 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

207. The allegations in ¶207 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

208. The allegations in ¶208 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

209. Newark Defendants are without sufficient information to admit or deny the allegations in ¶209 of the Complaint and leave Plaintiff to his proofs.

210. The allegations in ¶210 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

211. The allegations in ¶211 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

212. The allegations in ¶212 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

213. The allegations in ¶213 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

214. The allegations in ¶214 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

a. The allegations in ¶214(a) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

b. The allegations in ¶214(b) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

c. The allegations in ¶214(c) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

215. The allegations in ¶215 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

216. The allegations in ¶216 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

217. The allegations in ¶217 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

218. The allegations in ¶218 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT VI**
**VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**
**(Fourteenth Amendment – Fabrication of Evidence, Deprivation of Liberty & Property, and Denial of Due Process)**
**As to Defendants City of Newark, Newark Police Department, Chief Morris, Officer Gallegos-Veliz, Essex County, Essex County Sheriff's Office, Sheriff Jones**

219. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

220. Newark Defendants admit the allegations set forth in ¶220 of the Complaint.

221. The allegations in ¶221 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

222. The allegations in ¶222 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

a. The allegations in ¶222(a) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

b. The allegations in ¶222(b) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

c. The allegations in ¶222(c) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

223. The allegations in ¶223 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

224. The allegations in ¶224 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

225. The allegations in ¶225 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

226. Newark Defendants deny the allegations set forth in ¶226 of the Complaint.

227. The allegations in ¶227 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

228. The allegations in ¶228 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT VII**
**VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**
**(Monell Claim – Municipal Liability for Unconstitutional Custom or Policy)**
**As to Defendants City of Newark, Newark Police Department, Chief Morris, Former Chief Miranda, Essex County, Essex County Sheriff's Office, Sheriff Jones, and Former Sheriff Fontoura**

229. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

230. Newark Defendants admit the allegations set forth in ¶230 of the Complaint.

231. The allegations in ¶231 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

232. Newark Defendants are without sufficient information to admit or deny the allegations in ¶232 of the Complaint and leave Plaintiff to his proofs.

233. Newark Defendants are without sufficient information to admit or deny the allegations in ¶233 of the Complaint and leave Plaintiff to his proofs.

234. Newark Defendants are without sufficient information to admit or deny the allegations in ¶234 of the Complaint and leave Plaintiff to his proofs.

235. The allegations in ¶235 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

236. The allegations in ¶236 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

237. The allegations in ¶237 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

238. The allegations in ¶238 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

a. The allegations in ¶238(a) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

b. The allegations in ¶238(b) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

c. The allegations in ¶238(c) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

d. The allegations in ¶238(d) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

e. The allegations in ¶238(e) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

f. The allegations in ¶238(f) assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

239. The allegations in ¶239 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

240. The allegations in ¶240 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

241. The allegations in ¶241 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

242. The allegations in ¶242 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

243. The allegations in ¶243 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT VIII**
**VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**
**(Monell Claim – Failure to Train or Supervise)**
**As to Defendants City of Newark, Newark Police Department, Chief Morris, Former Chief Miranda, Essex County, Essex County Sheriff's Office, Sheriff Jones, and Former Sheriff Fontoura**

244. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

245. Newark Defendants admit the allegations set forth in ¶245 of the Complaint.

246. The allegations in ¶246 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

247. Newark Defendants are without sufficient information to admit or deny the allegations in ¶247 of the Complaint and leave Plaintiff to his proofs.

248. Newark Defendants are without sufficient information to admit or deny the allegations in ¶248 of the Complaint and leave Plaintiff to his proofs.

249. Newark Defendants are without sufficient information to admit or deny the allegations in ¶249 of the Complaint and leave Plaintiff to his proofs.

250. Newark Defendants are without sufficient information to admit or deny the allegations in ¶250 of the Complaint and leave Plaintiff to his proofs.

251. The allegations in ¶251 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

252. The allegations in ¶252 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

253. Newark Defendants are without sufficient information to admit or deny the allegations in ¶253 of the Complaint and leave Plaintiff to his proofs.

254. Newark Defendants are without sufficient information to admit or deny the allegations in ¶254 of the Complaint and leave Plaintiff to his proofs.

255. Newark Defendants deny the allegations set forth in ¶255 of the Complaint.

256. Newark Defendants deny the allegations set forth in ¶256 of the Complaint.

257. The allegations in ¶257 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

258. The allegations in ¶258 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

259. The allegations in ¶259 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

260. The allegations in ¶260 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

261. The allegations in ¶261 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

262. The allegations in ¶262 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

263. The allegations in ¶263 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

264. The allegations in ¶264 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT IX**
**VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**
**(Failure to Intervene – Fourth and Fourteenth Amendments)**
**As to Defendants Officer Blount, Officer Allen-Jones, Detective Hanna, and Officer Gallegos-Veliz**

265. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

266. Newark Defendants admit the allegations set forth in ¶266 of the Complaint.

267. The allegations in ¶267 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

268. Newark Defendants are without sufficient information to admit or deny the allegations in ¶268 of the Complaint and leave Plaintiff to his proofs.

269. The allegations in ¶269 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

270. The allegations in ¶270 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

271. The allegations in ¶271 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

272. The allegations in ¶272 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

273. The allegations in ¶273 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

274. The allegations in ¶274 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

275. The allegations in ¶275 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

276. The allegations in ¶276 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

277. The allegations in ¶277 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

278. The allegations in ¶278 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

279. The allegations in ¶279 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

280. The allegations in ¶280 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

281. The allegations in ¶281 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

282. The allegations in ¶282 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

283. The allegations in ¶283 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

284. The allegations in ¶284 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

285. The allegations in ¶285 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

286. The allegations in ¶286 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

287. The allegations in ¶287 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

288. The allegations in ¶288 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT X**
**VIOLATION OF THE NEW JERSEY CIVIL RIGHTS ACT (SECTION 10:6-2)**
**As to All Defendants**

289. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

290. The allegations in ¶290 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

291. The allegations in ¶291 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

292. The allegations in ¶292 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

293. The allegations in ¶293 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

294. The allegations in ¶294 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

295. The allegations in ¶295 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

**COUNT XI**
**Tortious and/or Unconstitutional Conduct of**
**DEFENDANTS JOHN/JANE DOES 1-10 and ABC ENTITIES 1-10**

296. Newark Defendants reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

297. The allegations in ¶297 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

298. Newark Defendants are without sufficient information to admit or deny the allegations in ¶298 of the Complaint and leave Plaintiff to his proofs.

299. The allegations in ¶299 assert legal conclusions to which no response is required. To the extent a response is required, the Newark Defendants deny the allegations.

300. Newark Defendants are without sufficient information to admit or deny the allegations in ¶300 of the Complaint and leave Plaintiff to his proofs.

301. Newark Defendants are without sufficient information to admit or deny the allegations in ¶301 of the Complaint and leave Plaintiff to his proofs.

## PRAYER FOR RELIEF

**WHEREFORE**, Newark Defendants demand judgment dismissing any crossclaims for contribution and indemnification, the Complaint, for counsel fees, costs and other such relief as the Court deems equitable and just.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff has not set forth sufficient facts to establish the liability of the Newark Defendants.

3. Newark Defendants did not ratify or condone in any manner whatsoever any alleged wrongdoing or any alleged violation of any rights of Plaintiff.

4. Plaintiff's claims, and those of alleged similarly situated persons, are barred by the statute of limitations because the claims, in whole or in part, predate the applicable statutory period of limitations.

5. Newark Defendants are a public entity and plaintiff's claim against these defendants is barred and/or limited by the New Jersey Tort Claim Act; N.J.S.A. 59:1-1, etc., which is incorporated herein as if set forth herein at length.

6. Plaintiff's failure to file a Notice of Claim Act; N.J.S.A. 59:8-3 and N.J.S.A. 59:8-4, bars this action.

7. Newark Defendants have engaged in discretionary activities precluding liability against this defendant pursuant to N.J.S.A. 59:2-3 and/or N.J.S.A. 59:3-2.

8. Newark Defendants acted at all time relevant hereto with good faith and without malice.

9. Plaintiff's claims are barred by the applicable statute of limitations.

10. Plaintiff's claims are barred by the doctrine of laches.

11. The claims set forth in the Complaint are barred, in whole or in part, by the Doctrines of Waiver and Estoppel.

12. The claims set forth in the Complaint are barred by the Doctrine of Unclean Hands.

13. Plaintiff alleges no facts that give rise to punitive damages and such damages are barred against Newark Defendants.

14. Plaintiff's claims against defendants are barred, either in whole or in part, by the doctrines of sovereign immunity, qualified immunity and official immunity, and for these reasons, among others, Plaintiff's Complaint should be dismissed.

15. The Newark Defendants are a public body and at all times was acting pursuant to the lawful authority vested in it by the State. All acts so performed were a result of the appropriate exercise of its discretion.

16. Plaintiff's claims are barred because Plaintiff has failed to exhaust administrative remedies.

17. Any damage, loss or injury suffered by Plaintiff is the result of the acts or omissions of Plaintiff or other parties over whom defendants have no control.

18. If Plaintiff sustained any damages, which Newark Defendants deny, the damages were caused by Plaintiff's sole negligence or intentional acts, and Plaintiff is barred from recovery.

19. Plaintiff's claims have been instituted in bad faith, and therefore, Newark Defendants are entitled to attorneys' fees, costs of suit and such other relief as the Court deems equitable and just.

20. The Complaint is frivolous and without any reasonable basis in law or fact; cannot be supported by a good faith argument for the extension, modification or reversal of existing law; is lacking in evidentiary support and is in violation of Federal Rule of Civil Procedure 11(b), New Jersey Court Rule 1:4-8, and N.J.S.A. 2A:15-53.1.

21. To the extent Plaintiff seeks to hold the City of Newark liable under 42 U.S.C. § 1983, Plaintiff's claims are barred because no policy, custom, or deliberately indifferent failure to train or supervise attributable to the City was the moving force behind a violation of Plaintiff's constitutional rights. The City cannot be held liable under § 1983 solely because it employed an individual alleged to have committed a constitutional violation.

22. To the extent Plaintiff seeks to hold Chief Morris or Former Chief Miranda individually liable for the acts of other officers, those claims are barred absent proof of the chief's own conduct or legally sufficient personal involvement in the alleged violation. Supervisory position alone does not establish individual liability under § 1983.

23. To the extent Plaintiff challenges the search of the September 2024 vehicle or property within it, his Fourth Amendment claim is limited to any place or item in which he had a legitimate expectation of privacy. Newark Defendants reserve the right to contest that interest based on the evidence developed in discovery.

24. Plaintiff's claims for damages are barred or reduced to the extent that they have failed to properly mitigate their alleged damages.

25. The Complaint, and each cause of action thereof, is barred – or the damages flowing therefrom reduced – because Plaintiff failed to notify Newark Defendants of the alleged statutory violations at the time such violations occurred, which

prevented Newark Defendants from taking any action to remedy such alleged violations.

26. Any preliminary or postliminary activities allegedly performed by Plaintiff does not constitute compensable time as a matter of law.

Newark Defendants reserve the right to assert any and all additional defenses that become known during discovery.

**CROSSCLAIM FOR CONTRIBUTION**

Newark Defendants demand contribution from co-defendants under the provision of the New Jersey Joint Tortfeasors Contribution Act N.J.S.A. 2A:53A-1, et seq., and the Comparative Negligence Act, N.J.S.A. 2A:15-1, et seq.

**CROSSCLAIM FOR COMMON LAW INDEMNIFICATION AND REIMBURSEMENT**

While Newark Defendants deny any negligence and legal duty in this case, in the event that Newark Defendants are adjudged responsible, such liability would be solely vicarious, imputed, secondary or technical, while the negligence of co-defendants would be the active and primary basis for Plaintiff's injuries and damages.

**WHEREFORE**, Newark Defendants demand judgment for common law indemnification against co-defendants, plus interest and costs of suit.

**ANSWER TO CROSSCLAIMS**

Newark Defendants herein and hereby deny each and every allegation of any crossclaim filed or to be filed in this matter, and leaves any and all co-defendants to their proofs.

**JURY TRIAL DEMANDED**

Newark Defendants request a trial by jury on all issues in the above-entitled matter.

## DESIGNATION OF TRIAL COUNSEL

Newark Defendants hereby designate Cheyne R. Scott, Esq. as trial counsel in this matter.

## REQUEST FOR STATEMENT OF DAMAGES

Pursuant to L.Civ.R. 8.1, Newark Defendants require that Plaintiff, within 10 days of service of this pleading, provide a written statement in the amount of damages claimed in the within action.

## CERTIFICATION OF ELECTRONIC FILING

On September 25, 2026, I was caused to electronically file an Answer to Plaintiff's Complaint on behalf of Defendants , City of Newark, the improperly plead Newark Police Department, Newark Police Chief Sharonda Morris, Former Newark Police Chief Emanuel Miranda, Shakur Allen-Jones, Luis Gallegos-Veliz and Erik Blount through the ECF for the U.S. District Court for the District of New Jersey.

**CHASAN LAMPARELLO MALLON & CAPPUZZO, PC**
Attorneys for Defendants, City of Newark, the improperly plead Newark Police Department, Newark Police Chief Sharonda Morris, Former Newark Police Chief Emanuel Miranda, Shakur Allen-Jones, Luis Gallegos-Veliz and Erik Blount

Dated: September 25, 2026

By: /s/ *Cheyne R. Scott*

Cheyne R. Scott, Esq. (ID 022502011)
Chasan Lamparello Mallon & Cappuzzo, PC
300 Lighting Way, Suite 200
Secaucus, New Jersey 07094
(201) 348-000
cscott@chasanlaw.com